# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

vs.

KURT L. SCHOEN, *et al.*,

    Defendants.

Case No. 2:12-cv-01424-LRH-GWF

**ORDER**

Motion to Withdraw (#17)

    This matter comes before the Court on Randon Hansen, Esq. and H3LAW's ("Counsel") Motion to Withdraw as Counsel for Defendant KRS Enterprises, Inc. d/b/a Fred's Tavern 2 (#17), filed on November 2, 2012. Under Local Rule 7-2(d), failure to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, Counsel substantially establishes good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Randon Hansen, Esq. and H3LAW's Motion to Withdraw as Counsel for Defendant KRS Enterprises, Inc. d/b/a Fred's Tavern 2 (#17) is **granted**.

    **IT IS FURTHER ORDERED** that KRS Enterprises, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). KRS Enterprises shall have until **December 28, 2012** to advise the Court if it will retain new counsel.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

    1.    add the last known addresses of KRS Enterprises, Inc. to the civil docket:

      **KRS Enterprises, Inc.**
      **d/b/a Fred's Tavern 2**
      **4680 South Decatur Boulevard**
      **Las Vegas, Nevada 89103**

      **KRS Enterprises, Inc.**
      **c/o Michael R. Mushkin, Esq.**
      **Mushkin & Associates**
      **4475 South Pecos Road**
      **Las Vegas, Nevada 89121**;

2.   serve **KRS Enterprises, Inc.** with a copy of this order at their last known addresses listed above.

DATED this 27th day of November, 2012.

                                                      */s/ George Foley Jr.*
                                                      GEORGE FOLEY, JR.
                                                      United States Magistrate Judge